AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Benedict Wong

was received by me on *(date)*  6/25/13 .

☒ I personally served the summons on the individual at *(place)*

41 Bennett Pl Staten Island NY      on *(date)* 6/26/13 @ 1:19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/26/13

Andrew M. Hale
*Server's signature*

Andrew McHale
*Printed name and title*

14 Connelly Rd Huntington NY 11743
*Server's address*

Additional information regarding attempted service, etc:

After being served the summons Benedict Wong then alleged Benedict Wong was not his legal name and threw the summons onto my binder. I placed the summons on his steps and informed him he was now legally served.