# WILMERHALE

October 18, 2013

**Noah Levine**
+1 212 230 8875 (t)
+1 212 230 8888 (f)
noah.levine@wilmerhale.com

**Via ECF and Fax: 631-712-5636**
Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: *Hara v. Mak, et al.*, 13-cv-2924 (SJF) (AKT)

Dear Judge Feuerstein,

We represent Plaintiff Katrina Hara in the above-referenced matter, and we write jointly with Defendants' Counsel to respectfully request a 14-day adjournment of the status conference scheduled for Monday, October 21, 2013 to finalize settlement. Since our last adjournment request to the Court, the parties have engaged in discussions and agreed to settle the claims arising out of this matter privately. The additional 14-day adjournment period would allow the parties to finalize and memorialize the terms of settlement.

While this is the second adjournment request in this matter, we request it solely to allow finalization of a written settlement agreement reflecting the agreement in principle that the parties have now reached. The parties will jointly inform the Court once settlement is finalized.

We appreciate the Court's time and attention to this matter.

Respectfully submitted,

Noah Levine

*Counsel for Plaintiff*

cc: Shauky M. Musa-Obregon, Esq. (*Counsel for Defendants*)
Dana Sussman, Esq. (*Co-Counsel for Plaintiff*)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington