# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: November 13, 2013    **TIME**: 30 MINUTES

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ NOV 13 2013 ★

LONG ISLAND OFFICE

**CASE NUMBER:** 2:13-cv-02924-SJF-AKT

**CASE TITLE:** Hara v. Mak et al

**PLTFFS ATTY:** Dana Sussman
  X present    ___ not present

**DEFTS ATTY:** Michael Musa - Obregon
  X present    ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** BMM

X  CASE CALLED.

_  HEARING HELD/ CONT'D TO _____.

_  ORDER ENTERED ON THE RECORD.

**OTHER:** Case is closed with leave to reopen by 12/23/2013.